AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Felipe Ramirez,<br>*Petitioner*<br>v.<br>Andrew Mansukhani, Warden,<br>*Respondent* | Civil Action No.    1:14-cv-01765-BHH |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other: Summary judgment is hereby entered for the respondent, Andrew Mansukhani. The petitioner, Felipe Ramirez, shall take nothing of the respondent as to the petition filed pursuant to 28 U.S.C. §2241 and this case is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Bruce Howe Hendricks, United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended granting the respondent's motion for summary judgment.

Date:   March 30, 2015                                    *ROBIN L. BLUME, CLERK OF COURT*

                                                          *s/M. Walker*
                                                          *Signature of Clerk or Deputy Clerk*